IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW YURTH, *Plaintiff,* v. EXPERIAN INFORMATION SOLUTIONS, INC., et al., *Defendants.* | CIVIL ACTION NO. 22-660 |

**PAPPERT, J.**                                                                                         August 22, 2022

### ORDER

**AND NOW**, this 22nd day of August 2022, upon consideration of Defendant Harley Davidson Credit Corporation's Motion to Compel Arbitration (ECF 15), Plaintiff Andrew Yurth's Response (ECF 23), Harley-Davidson Credit's Reply (ECF 24) and Harley-Davidson Credit's Notice of Supplemental Authority (ECF 26), it is **ORDERED**:

1. Harley-Davidson Credit's Motion (ECF 15) is **DENIED without prejudice**.

2. The parties will have until **Monday, October 24, 2022** to conduct limited discovery regarding whether Yurth's claim is arbitrable.

3. Harley-Davidson Credit may file a renewed motion to compel and accompanying supplemental brief **on or before Monday, November 7, 2022**. Yurth shall file his response **on or before Monday, November 21, 2022**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.